HYMAN KATZ, RESPONDENT, v. NEW YORK LIFE INSURANCE COMPANY, APPELLANT.

Argued February 5, 1941—Decided April 25, 1941.

For the respondent, *Kanter & Kanter*.

For the appellant, *Lindabury, Depue & Faulks*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.